UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
In re:                                                                           Chapter 13

    Karen A. Watts,                                       Case No. 11-40621-cec

                          Debtor.
------------------------------------------------------------------ x

## ORDER

WHEREAS, on January 29, 2011, Karen A. Watts (the "Debtor") filed a request to enter into the Loss Mitigation Program with respect to property located at 103-01 27 Avenue, East Elmhurst, NY 11369, Loan No. 0569 with creditor Bank of America Home Loan Servicing, LP (the "Loss Mitigation Request"); and

WHEREAS, the Debtor did not file an affidavit of service of the Loss Mitigation Request;

NOW, THEREFORE, it is

ORDERED, if the Debtor desires to pursue the Loss Mitigation Request, she shall serve the mortgagee with the Loss Mitigation Request in accordance with Rules 7004 and 9014 of the Federal Rules of Bankruptcy Procedure, and file proof thereof within 7 days of the date of entry of this order.



Dated: Brooklyn, New York
February 1, 2011

_____
**Carla E. Craig**
**United States Bankruptcy Judge**