UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

**KAREN A. WATTS**                                **CHAPTER 13**
                                                  **CASE #  11-40621-cec**

                                    Debtor

_____

## AFFIDAVIT OF SERVICE

That I am not a party to this action, am over 18 years of age and reside at Long Island, New York. On February 5, 2010, I served the within Request for Loss Mitigation by depositing a true copy thereof enclosed in a post paid wrapper, in an official depository under the exclusive care and custody of the U.S. postal service within the State of New York, addressed to the following addresses:

BANK OF AMERICA
HOME LOAN SERVICING, LP
45 00 Amon Carter Blvd
Fort Worth, TX 76155

BANK OF AMERICA
HOME LOANS
P.O. BOX 660694
DALLAS, TX 75266-0694

MICHAEL J. MACCO
Chapter 13 Trustee
135 Pinelawn Road
Suite 120 South
Melville, NY 11747

UNITED STATES TRUSTEE
United States bankruptcy Court
271 Cadman Plaza, East
Suite 4529
Brooklyn, NY 11201                    ---------------/s/---------------------
                                      Orlanzo Williams

Sworn to before me this
 February 5, 2010
------------/s/---------------------
Paul Jordan, Esq.
NOTARY PUBLIC
Qualified in Kings County
Commission expires 7-28-13